UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KENNETH BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  1:04CV106 TIA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  The parties consented to the jurisdiction of undersigned pursuant to 28 U.S.C. § 636(c).

On October 18, 2005, the undersigned remanded Plaintiff's case to the Commissioner for further proceedings.  Plaintiff now seeks attorney's fees in the amount of $2,183.25, which represents 11.4 hours of attorney work at the 2004 rate of $152.00 per hour, .95 hours of attorney work at the 2005 rate of $156.00 per hour, and 4.65 hours of legal assistant time at $65.00 per hour.   In EAJA actions, the district court has the authority to award reasonable and necessary expenses associated with adjudicating a claim for social security benefits.  Kelly v. Bowen, 862 F.2d 1333 (8th Cir. 1988).

In the instant case, Defendant has filed a response stating that it has no objection to Plaintiff's request for an award of attorney's fees in the amount of $2,183.25.  The undersigned thus finds that Plaintiff is entitled to attorney's fees for the requested amount.  An appropriate Judgment will accompany this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Award of Attorney's Fees and Other Expenses Under the Provisions of the Equal Access to Justice Act [Doc. #16] is **GRANTED**.


/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  5th  day of April, 2006.